US District Court For The District of Massachusetts

Frederick Connie (*one of the people*)
    **Plaintiff**
Vs.                                            **Case No:** 1:25-cv-12075-ADB

Cambridge Health Alliance (public entity), Jennifer Vail (official capacity)
    **Defendant's**

### PLAINTIFF'S MOTION TO STRIKE INSTANT RELIEF

COMES NOW, the Plaintiff, Frederick Connie *one of the people* (*sui juris*), pursuant to FRCP rule 12 Specifically, rule 12(a)(1)(A) states: " A defendant must serve an answer: (i) within **21 days** after being served with the summons and complaint; Proof of service was established on July 30th, 2025.
However Plaintiff requested this Honorable court to not allow any extra time to respond to the pleadings outside of the federal rules of civil procedure 21 day response to all of the pleadings in the complaint. Due to these stated facts

1. Esq. Judith Carroll defendants lead attorney on behalf of Jennifer Vail and Cambridge Health Alliance cited Massachusetts State Caselaw in Federal court to argue an instant relief based motion to respond to the pleadings in the complaint that must be responded to in 21 days after defendants were served the complaint. However, state case law has no legal or binding argument or legal standing at all in a federal court proceeding. However, Plaintiff Frederick Connie requested that this honorable court strike any demand not to respond to the pleadings in the complaint within the 21 day time frame in the FRCP guidelines.
2. Cambridge Health Alliance are a defendant in this civil litigation procedure along with the employed staff member Jennifer Vail in her (official Capacity) therefore makes the public entity a liable party to the complaint
3. The established place of the hospital was one of the moving forces of the constitutional violations that took place.

Wherefore, it is respectfully requested that this Honorable Court enter an Order Granting Plaintiff's Motion to Strike.